IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLARENCE JAMES WILLIAMS | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| BENJAMIN A. MARTINEZ, et al. | : | NO. 06-735 |

### O R D E R

**AND NOW**, this 7th day of September, 2006, upon consideration of the Petition for a Writ of Habeas Corpus, and the Commonwealth's Answer, inclusive of all exhibits thereto, and after review of the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells, it is hereby **ORDERED** that:

1. Petitioner's Objections to the Report and Recommendation are **DENIED**;

2. the Report and Recommendation is **APPROVED** and **ADOPTED**;

3. the Petition for a Writ of Habeas Corpus (Doc. No. 1) is **DISMISSED** and **DENIED** without an evidentiary hearing; and

4. Petitioner has shown neither a denial of a constitutional right, nor established that reasonable jurists would disagree with this Court's procedural rulings in disposing of his claims. Consequently, a certificate of appealability is **DENIED**.

5. the Clerk of Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY,    Sr. J.